**ORDERED in the Southern District of Florida on November 8, 2016.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Case No. 16-22662-AJC

YEILEN NUNEZ QUINTERO, Chapter 7

Debtor.
_______________________________/

**ORDER DENYING SPACE COAST CREDIT UNION'S**
**MOTION FOR RELIEF FROM STAY**

**THIS CAUSE** came before the Court upon the *Motion for Relief from Stay* [D.E. 21] filed by Space Coast Credit Union (the "Motion"). The Court has reviewed the Motion and notes the absence of a Certificate of Service appended thereto or filed separately in the record. Local Rule 4001-1(A) states, "*Notice of any motion seeking relief from the automatic stay, pursuant to 11 U.S.C. § 362(d), shall be sufficient if served on the debtor, the debtor's attorney, the trustee . . .*". The record failing to substantiate the sufficiency of service, it is

**ORDERED AND ADJUDGED**:

The Motion [C.P. 21] is **DENIED** without prejudice to renewal upon the showing of proper notice to all interested parties.

# # #

Copy to:

Isabel V. Colleran, Esq.
BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
*Attorneys for Space Coast Credit Union*
25 Southeast Second Avenue, Suite 730
Miami, FL 33131
Phone: (305) 381-7979 x 333
Fax: (305) 371-6816
Isabel.colleran@blaxgray.com

*Attorney Isabel V. Colleran shall serve a copy of this Order on all interested parties and shall file a Certificate of Service.*