Manheim.com | Internet MMR | Printable Version                    Page 1 of 1

Vehicle Identification

| | | | |
|---|---|---|---|
| Search: | 4JGBF8GE3C | Select Country: | US |
| Year: | 2012 | Select Region: | National |
| Make: | MERCEDES-BENZ | Seasonal Adjustment: | No |
| Model: | GL CLASS | | |
| Style: | 4D SPORT UTILITY GL550 4MATIC | | |

Auction Averages

*Zeroes Indicate No Recent Auction Sales. See "Transactions"*

| | For Week Ending Sep 11 | | | Jul 2016 | Mar 2016 | Sep 2015 |
|---|---|---|---|---|---|---|
| | Above | Average | Below | | | |
| Sale Price | $36,102 | $29,679 | $23,256 | $27,000 | $35,625 | $43,525 |
| Odometer | 37,336 | 62,341 | 87,346 | 75,488 | 63,332 | 45,921 |
| Total Sold All | | 13 | | 5 | 10 | 10 |

Average Auction Odometer: 62341

*Prices are based on more transactions than shown under 'Transactions', above.*

| | Sep 16 - Sep 23 2016 | | | Oct 2016 | Sep 2017 |
|---|---|---|---|---|---|
| | Above | Average | Below | | |
| Auction | $33,300 | $29,100 | $24,900 | $28,600 | $15,150 |
| Est. Retail | $40,500 | $35,600 | $30,700 | $34,900 | $19,250 |

© 2016 Manheim. All rights reserved.


EXHIBIT C